UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARNETTE COLTAR, | ) | 1:04-CV-5767 AWI LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #11) |
| v. | ) | |
| | ) | |
| J. JACINTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to respond to the court's order of October 14, 2005, and file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 17, 2005**           /s/ Lawrence J. O'Neill
b6edp0                                                 UNITED STATES MAGISTRATE JUDGE