# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARNETTE COLTAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACINTO, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   04 5767 AWI NEW (DLB) P<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CASE (Doc. 25.)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

　　Larnette Coltar ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On January 19, 2007, this Court issued its Third Order dismissing the Complaint with leave to amend. In that Order, the Court informed Plaintiff of the deficiencies of his Complaint and also granted her leave to cure these deficiencies in a Third Amended Complaint or move for voluntary dismissal. On February 27, 2007, Plaintiff filed a pleading indicating that she wished to voluntarily dismiss her case.

　　"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to

do anything about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading.

      Accordingly, the Court HEREBY ORDERS:

1.    Plaintiff's Motion to Voluntarily Dismiss her case is GRANTED; and
2.    The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:**   **March 5, 2007**             /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE